UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case No. 12-14422-CIV-MARTINEZ-LYNCH

CONNIE L. PEDERSON, on behalf of herself
and all others similarly situated,

    Plaintiff,

vs.

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L., a Florida professional
limited liability corporation,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CONNIE L. PEDERSON, through the undersigned counsel, hereby files notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that Plaintiff's pending claim against the Defendant is dismissed with prejudice; the claims of the putative class members are dismissed without prejudice.

Respectfully submitted,

 s/ Scott D. Owens
Scott D. Owens, Esq.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Tel:   954-589-0588
Fax:   954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*s/ Scott D. Owens*
Scott D. Owens, Esq.