UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 12-14422-CIV-MARTINEZ-MCALILEY

CONNIE L. PEDERSON, on behalf of herself
and all others similarly situated,

    Plaintiff,

vs.

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L., a Florida Professional
Limited Liability Corporation,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIM AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal (**D.E. No. 6**). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. The claims of the putative class members are dismissed without prejudice. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of January, 2013.

                                                  _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record